IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JACOB BLAIR SCOTT**                                                                            **PLAINTIFF**

**v.**                                                  **CIVIL ACTION NO. 1:21-cv-318-TBM-RPM**

**JACKSON COUNTY, MISSISSIPPI; MATTHEW LOTT; LOTT LAW FIRM LLC; AMANDA CAPERS;** *and* **JAMIE MARIE ROUSE**                                **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Memorandum Opinion adopting Magistrate Judge Robert P. Myer's Report and Recommendation [54], this action is DISMISSED.

IT IS THEREFORE ORDERED AND ADJUDGED that the above styled and numbered cause is DISMISSED WITH PREJUDICE as regards any federal claims brought by Jacob Blair Scott and WITHOUT PREJUDICE as regards any state-law claims brought by Jacob Blair Scott, with each party to bear its own costs. This CASE is CLOSED.

THIS, the 29th day of June 2023.

                                                      TAYLOR B. McNEEL
                                                      UNITED STATES DISTRICT JUDGE